FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2017 AUG -2 PM 5:49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

EDGAR IGNACIO RAMOS ARDILA,
LEONARDO LOBON RIVAS,
CESARIO MONTOYA PEREZ, and
JOSE MERO ANCHUNDIA

CASE NO. 8:17-cr-380-T-33AAS
46 U.S.C. § 70503(a)
46 U.S.C. § 70506

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about July 12, 2017, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

EDGAR IGNACIO RAMOS ARDILA,
LEONARDO LOBON RIVAS,
CESARIO MONTOYA PEREZ, and
JOSE MERO ANCHUNDIA,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully attempt and combine, conspire, and agree with each other, to possess with the intent to distribute and to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. § 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURES

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. § 881, 46 U.S.C. § 70507, 28 U.S.C. § 2461(c).

2.    Upon their conviction of any of the violations alleged in Count One of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

EDGAR IGNACIO RAMOS ARDILA,
LEONARDO LOBON RIVAS,
CESARIO MONTOYA PEREZ, and
JOSE MERO ANCHUNDIA,

shall forfeit to the United States, pursuant to 21 U.S.C. § 881(a), 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11).

4.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or,

  e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
FOREPERSON

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
NATALIE HIRT ADAMS
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Panama Express Strike Force

FORM OBD-34
August 17

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EDGAR IGNACIO RAMOS ARDILA,
LEONARDO LOBON RIVAS,
CESARIO MONTOYA PEREZ, and
JOSE MERO ANCHUNDIA.

## INDICTMENT

Violations:   46 U.S.C. §§ 70503(a), and 70506(a) and (b)
21 U.S.C. § 960(b)(1)(B)(ii)

A true bill,

_____
Foreperson

Filed in open court this 2ND day

of August, 2017.

_____
Clerk

FILED
2017 AUG -2 PM 5: 49
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Bail $ _____

GPO 863 525

T:\_Cases\Criminal Cases\R\Ramos Ardila, Edgar Ignacio_2017R0Pend_NHA\f_indictment back sheet.docx