To:  Department Of Justice
     Office Of The Attorney General
     950 Pennsylvania Ave NW
     Washington, D.C. 20530-0001

From:  Inmate MERO ANCHUNDIA JOSE
       Fed. No. 69180-018
       McRae Correctional Institution          8:17CR380-VMC-AAS
       P.O. Drawer 55030
       McRae-Helena, GA. 31055

RE: FEDERAL TIME CREDIT REQUEST UNDER THE FIRST STEP ACT.

I am a federal inmate serving a sentence that qualifies for earned time credits under the FIRST STEP ACT. I am currently housed at the above referenced correctional facility. I am respectfully requesting that the Federal Time Credits from the FSA, that I am constitutionally entitled to be immediately applied to me. I am not subject to any final order of removal or deportation. (FN[1])

All federal inmates are sentenced under the same guidelines regardless of race or citizenship. The Constitution does not discriminate against race, religion or any person of another country as long as that person is located within the United States of America. Currently earned time credits, (ETC) are not being granted to me because of my race, this is discrimination.

No person shall willfully subject any person in any state, territory or district to the deprivation of any rights, privileges or immunities of the United States, or different punishments, pains or penalties on account of such person being an alien.(FN[2]).

I would like this office to consider the facts and instruct the BOP to issue to me the ETC that I am constitutionally entitled to.

Dated this: 03-8-22                Sincerely: _____

Thank you

[1] "...a prisoner is ineligible to apply time credits under subparagraph (C), if the prisoner is subject to a final order of removal under any provision of the immigration laws,...section 101(a)(17) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(17)))."
[2] [TITLE 18 U.S.C.A.§ 242]

To whom it may concern,

I implore you take due consideration of the arguments stated here. I write in regards to an injustice being done to a great portion of the imprisoned population in the federal prison system.

Notifications have been placed in my prison stating FSA time credit earning and eligibility. One such notice states that if one has an immigration detainer he is not eligible to apply those FSA credits towards the supervised release date. An immigration detainer is being considered a "public safety factor" that disqualifies that individual from the benefits of early release using FSA time credits. This is an injustice and a prejudice towards a population based solely on our immigration status.

We are all sentenced in a Federal Court system under the same rules and regulations. Having an immigration detainer does not condemn one to a lengthier sentence. By denying those of us who are eligible to earn FSA credits the ability to apply them to our release date we are, in essence, being forced to serve longer sentences based solely on immigration status.

The law has recognized, if a sentence is made more severe solely because of "alien status", a reduction of sentence may be proper. <u>United States VS. Smith, 307 U.S. App. D.C. 19, 27 F3d 649, 655(D.C 1994).</u> This prejudice has been addressed in the past yet here is another example of how we continue to suffer from it.

Immigration status should not be used to force a man to stay in prison longer. Such biased use of alien status hinders all our efforts for equality.

Injustice lasts only as long as honorable men ignore it. I strongly urge you to evaluate this situation and take heed of our predicament.

MERO ANCHUNDIA JOSE
REGISTER. NO. 69180-018

MERO A[...]
REGister. No. 69180-018
Mcrae correctional Facility
P.O. DRAWer 55030
Mcrae Helena, GA. 31055.0030

CONFIDENTIAL
SCREENED BY USMS

MACON GA 31[...]
9 MAR 2022 PM 1

This correspondence originated from McRae Correctional Facility. Said facility is not responsible for the substance or contents.

Middle District of Florida Tampa
Sam M. Gibbons U.S. Courthouse.
801 North
Florida Ave. Tampa Florida 33602

33604-626201

McRae, Georgia 31055

The enclosed letter was processed through mailing procedures for forwarding to you. The letter has neither been opened nor inspected.
If the writer raises questions or problems over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return this enclosure to the above address.

DATE 03-09-22 STAFF AL