**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 8:17-cr-380-VMC-AAS

JOSEMERO ANCHUNDIA,

    Defendant.
_____/

**NOTICE OF APPEARANCE RE: AMENDMENT 821**

The Office of the Federal Defender, pursuant to the Court's Omnibus Order In Re: Amendment 821, 3:21-mc-1-TJC, hereby files this Notice of Appearance to represent the Defendant in the above-styled cause, for the purposes of seeking reduction of sentence under Amendment 821.

The Clerk is requested to enter the appearance of Sonthonax B. SaintGermain, Research and Writing Attorney, as Counsel of Record.

                                       A. FITZGERALD HALL, ESQ.
                                       Federal Defender

                                       */s/ Sonthonax B. SaintGermain*
                                       SONTHONAX B. SAINTGERMAIN, ESQ.
                                       Research and Writing Attorney
                                       Florida Bar Number 1039134
                                       201 S. Orange Avenue, Suite 300
                                       Orlando, Florida 32801
                                       Telephone: (407) 648-6338
                                       Sonthonax_SaintGermain@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2023, a true copy of the foregoing was filed using CM/ECF, which will send an electronic notice to the United States Attorney's Office.

/s/ Sonthonax B. SaintGermain
SONTHONAX B. SAINTGERMAIN, ESQ.
Research and Writing Attorney