UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No: 8:17-cr-380-VMC-AAS

JOSE MERO ANCHUNDIA,

    Defendant.
_____/

## NOTICE THAT THE FEDERAL DEFENDER'S OFFICE HAS SATISFIED THE REQUIREMENTS IMPOSED BY THE AMENDMENT 821 OMNIBUS ORDER

The Office of the Federal Defender, by and through undersigned counsel, hereby gives notice that it has satisfied the requirements set forth in this Court's *Omnibus Order In Re: Amendment 821, United States Sentencing Guidelines*, 3:21-mc-1-TJC ("Omnibus Order"), and respectfully notifies this Court that it will not be filing a Motion for Sentence Reduction under Amendment 821 on behalf of Defendant Jose Mero Anchundia.

1. The Omnibus Order authorizes the Office of the Federal Defender to represent defendants who [were] sentenced in the Middle

1

District of Florida and [are] potentially eligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 because of Amendment 821." Omnibus Order at 1.

    2.    Pursuant to the procedures set forth in the Omnibus Order, U.S. Probation prepares an Amendment 821 Memorandum detailing the eligibility of such defendants to receive a sentence reduction under Amendment 821. *Id*. Upon receipt of Amendment 821 Memorandum, the Federal Defender is required to inform the Court if a conflict prevents the Office from representing the defendant, and in the absence of a conflict, "evaluate the defendant's eligibility for relief under Amendment." *Id*. at 2. If the Office "determines that it will not pursue relief on the defendant's behalf, it shall file a notice advising the court . . . and take any appropriate steps to comply with the applicable rules of professional conduct." *Id*.

    3.    Undersigned counsel has received Probation's Amendment 821 Memorandum concerning Defendant's eligibility and has no conflict of interest that would prohibit this Office from representing Defendant.

4. However, based on undersigned counsel's thorough and diligent review of the record, including Probation's Amendment 821 Memorandum and Defendant's original presentence investigation report, undersigned counsel cannot argue in good faith that Defendant is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 of the United States Sentencing Guidelines because Defendant Anchundia was sentenced to the lowest permissible sentence.

5. Pursuant to Local Rule 2.02 (c)(1), the Federal Defender's Office intends to provide 14 days' notice to Defendant. Undersigned counsel has arranged to communicate with Defendant and to advise him of Probation's memorandum, undersigned counsel's professional opinion, this Notice of Satisfaction, and the right to proceed *pro se*. Undersigned counsel intends to file a motion to terminate his representation of Defendant. However, this motion will not be filed until undersigned counsel has satisfied the requirements of Local Rule 2.02 (c)(1).

Accordingly, the Office of the Federal Defender will not be filing a motion for sentence reduction under Amendment 821 on behalf of Defendant Jose Mero Anchundia.

        A. Fitzgerald Hall, Esq.
        Federal Public Defender

        */s/ Sonthonax B. SaintGermain*
        Sonthonax B. SaintGermain
        Research and Writing Attorney
        Florida Bar No. 1039134
        201 S. Orange Ave., Suite 300
        Orlando, Florida 32801
        Telephone: (407) 648-6338
        Sonthonax_SaintGermain@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

        */s/ Sonthonax SaintGermain*
        Sonthonax SaintGermain, Esq.
        Counsel for Defendant